**No. 53555.**—Anco Import Corp. et al. *v.* United States, protests 3892–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.